## People's Passenger R. Co., Plff. in Err., v. Hermann Weiller.

Evidence as to negligence of railway company in not having car in proper condition, *held* sufficient to submit to jury.

(Decided January 25, 1886.)

Error to the Common Pleas, No. 1, of Philadelphia County to review a judgment for plaintiff in an action for damages for personal injuries. Affirmed.

*Saml. Gustine Thompson* for plaintiff in error.

*Pierce Archer* and *Edward H. Weil* for defendant in error.

PER CURIAM:

Notwithstanding the able argument of the counsel for the plaintiff in error, we see nothing in any one of the ten specifications of error which calls for a reversal of this judgment. The evidence of negligence on the part of the railway company in not having the car in a proper condition was sufficient to submit to the jury, and the law was correctly declared.

Judgment affirmed.